**FILED**
June 25, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOEL KANIG, ) <br> ) <br> Defendant. ) | Case No. 2:09-mj-203 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Joel Kanig__ Case __2:09-mj-203 KJM__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $10,000

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) Pretrial conditions/supervision;

Issued at __Sacramento, CA__ on __6/25/09__ at __2:53 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge

*Order stayed for 24 hours based on request from government.*